UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
 Plaintiff,

             CIVIL NO. 04-71519
             HON. BERNARD A. FRIEDMAN

vs

MID-AMERICAN GUNITE,
 Defendant.
_____/

## ORDER OF DISMISSAL

   This court has been advised by counsel for the parties that the above entitled action has been settled.

  Accordingly, the above-entitled action is dismissed with prejudice and without costs. However, the court expressly reserves jurisdiction/authority for 30 days to enforce terms of the settlement agreement.

            _s/Bernard A Friedman_____
            BERNARD A. FRIEDMAN
            UNITED STATES DISTRICT JUDGE

DATED:  September 13, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2005, by electronic and/or ordinary mail.

      s/Carol Mullins_____
      Case Manager